

Your Honor,

The government states that I am not a remorseful man, just as other things they've claimed of me, this couldn't be further from the truth. I do know now that I should have never entered into the Capitol and I fully understand the impact of my actions. I also understand that I have to be held accountable for my actions. Although myself did no harm or damage, the fact that I was there in itself was encouraging and endorsing for others around me to cause strife and inflict damage.

I am very remorseful, this experience has impacted my life beyond anything I could ever imagine. The long term effects outside of the courts and the stigma associated with this case will far outlast any sentence imposed onto me. I sincerely apologize for my actions, what transpired was never in my intent. Needless to say, I have no urge to return to Washington D.C. I also want to make you this promise. After this sentencing hearing, I will get in my truck and head back to Georgia, where I belong and never return to Washington D.C. unless the voters of Georgia decide to send me back as a Representative of them someday in the future.

I would also like to speak on my wife's character. Although I am over 5 years sober now, over 10 years ago I made the decision to drink and drive. My wife paid the consequences for it then and is still paying for it now. I forced her into the truck and almost took her life because of my poor decision. She ended up in a coma and on life support, with her body mangled and mauled. Once she made it out of her coma she was told that she would never walk again. I stayed by her side and watched her fight to persevere, from us living in a hospital for a few months, to her being bedridden and wheelchair bound for years.

I single handedly altered her life. I've watched this woman grow in her faith in God and overcome any and all obstacles in doing so. She doesn't have a mean or malicious bone in her body. Now, just as over 10 years ago she is being punished for my actions. It was my ex employer who offered us the trip to Washington D.C. to attend the rally. It was my decision to make the trip. As you'll see in all of the government's photographs, it was me that was dragging her into and around the Capitol. I am the one responsible for the both of us being there and the both of us entering.

Your Honor, if there is a stricter sentence to be enforced onto one of us than the other, I implore you to give it me. I have damaged this woman's life enough. I am asking you to help me attempt to make it right with her. Although I am remorseful of my actions on that infamous day, I am more remorseful that I inflicted more pain and suffering onto my wife. She is a blessing from God that I need to value more. She is a miracle and a success.

January 6, 2021 is not my story, it does not define me. January 6, 2021 is a chapter in my story, a chapter that I look forward to closing.


Respectfully
Charles Herbert Hand III